PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee



| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| Charlotte Shanell Crawford | ) Case No. 04-20464-002-D / 04-20471-003-D |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Charlotte Shanell Crawford**, have discussed with **Jake N. Bookard, II**, Pretrial Services Officer, modification of my release conditions as follows:

1. Electronic Monitoring with home detention conditions to be determined by the U.S. Probation/Pretrial Services Office
2. No contact directly or indirectly with co-defendants
3. Defendant is allowed to travel with children to and from Le Bonheur Children's Medical Center, Memphis, TN, for blood transfusions. Defendant is allowed to stay with children during procedure

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5/19/05     _____ 05/19/05
Signature of Defendant        Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 5/19/05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 5-19-05
[ ] The above modification of conditions of release is <u>not</u> ordered.

_____ 5-19-05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

(73)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20464 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT