FILED BY _____ D.C.

05 AUG -1 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Criminal No. 04-20471 D
Criminal No. 04-20464 D

CHARLOTTE SHANELL CRAWFORD,

    Defendant.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Before the court is the oral motion of Howard Manis, appointed counsel for the defendant Charlotte Crawford, seeking an order from this court allowing him to withdraw from the representation of defendant Charlotte Crawford. Counsel states that he is moving out of town and will no longer be available to represent Crawford.

For good cause shown, Howard Manis be and hereby is allowed to withdraw as counsel for Crawford. The appointment of Howard Manis is therefore terminated, and new counsel will be appointed for the defendant from the CJA list of attorneys.

Bernice Donald
United States District Court Judge

August 1, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

{L:\WDOX\BKClient\30663\001\pld\00004977.DOC}

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CR-20464 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT