PS 8
(8/88)

FILED BY ___ D.C.

# United States District Court
## for
## Western District of Tennessee

05 NOV -2 PM 2: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**U.S.A. vs. Charlotte Crawford**          Docket No. 04-20464-002-D
                                            04-20471-003-D

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Jake N. Bookard, II** presenting an official report upon the conduct of **Charlotte Crawford** who was placed under pretrial release supervision by the Honorable Bernice B. Donald sitting in the court at **Memphis,** on the **31st day of March, 2005** under the following conditions:

1. Report to the Pretrial Office
2. Electronic Monitoring with home detention conditions to be determined by the U.S. Probation/Pretrial Services Office
3. No contact directly or indirectly with co-defendants
4. Defendant is allowed to travel with children to and from Le Bonheur Children's Medical Center, Memphis, TN for blood transfusions. Defendant is allowed to stay with children during procedure.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Please see the attached sheet**

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

BOND RECOMMENDATION: **NONE**

ORDER OF COURT

Considered and ordered this _1st_ day of _November_, 20_05_ and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

nent entered on the docket sheet in compliance
and/or 32(b) FRCrP on _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _October 12, 2005_

_____
U.S. Pretrial Services Officer

Place   **Memphis, TN**

U.S.A vs. Charlotte Crawford　　　　　　　　　　　　　　　Docket No.04-20464-002-D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　& 04-20471-003-D

**Defendant Charlotte Crawford left her residence without the permission of her supervising officer on September 12, 2005, September 13, 2005, September 14, 2005, September 16, 2005, September 17, 2005, September 26, 2005, and October 1, 2005. Furthermore, Ms. Crawford has failed to remit any payments toward her electronic monitoring obligation. The above is in violation of the defendant's condition that she participate in electronic monitoring with home detention conditions determined by the U.S. Probation/Pretrial Services Office.**

**Defendant Crawford has failed to contact her U.S. Pretrial Services Officer as directed on July 25, 2005, August 15, 2005, August 29, 2005, and September 5, 2005. The above is in violation of the defendant's condition to report to the Pretrial Office.**

**Ms. Crawford pled guilty August 1, 2005, and is scheduled to be sentenced on November 1, 2005.**

As previously reported, U.S. Probation Officer Shelly Mckee has advised that Defendant Crawford has violated the terms of her home confinement scheduled on the following days: May 23, 2005, May 24, 2005, June 4, 2005, June 5, 2005, and June 13, 2005.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:04-CR-20464 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT